MARY L. STEVENSON, as Administratrix de Bonis Non
of the Estate of JAMES H. STEVENSON, Deceased,
Respondent, *v.* NEW YORK AND LONG BRANCH RAIL-
ROAD COMPANY, Appellant, Impleaded with Another.

, *Stevenson* v. *N. Y. & Long Branch R. R. Co.*, 175 App. Div. 902,
affirmed.

(Argued June 6, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered October 17, 1916, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have
been occasioned through the negligence of defendant.
Intestate while crossing defendant appellant's tracks
in an automobile was struck by a train and killed. It
was contended that appellant was negligent owing to
the failure of its flagman, who was stationed at this
crossing at the time of the accident, to lower the safety
gates or give any warning of the approach of the train;
also in its maintenance of the crossing in such condition,
owing to cars on the various tracks and other obstructions,
that it was impossible for a traveler, crossing, to see an
approaching train until actually upon the tracks. The
answer contained a general denial and a separate defense
of contributory negligence.

*Joseph M. Hartfield* for appellant.
*John Ewen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.